UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**FILED JUL 0 5 2017 MARY C. LOEWENGUTH, CLERK UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NY**

Revised 07/07 WDNY

Lawrence Simonelli
_____
_____

Name(s) of Plaintiff or Plaintiffs

**Jury Trial Demanded: Yes X  No ____**

-VS-

Kevin Prohaska
Mike Grosvenor
_____

Name of Defendant or Defendants

DISCRIMINATION COMPLAINT
__17__ -CV- _6429 CSS_

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
> **NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

__X__ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

__X__ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above,** you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

___X___       New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297  (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1.     My address is: 1139 North Greece Road Rochester, New York 14626

My telephone number is: (585) 820-7348

2.     The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

Name: Renewal by Andersen of WNY

Number of employees: _____

Address: 80 Newbury Street Rochester, New York 14613

3.     (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked.  (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

Name: _____

Address: _____

## CLAIMS

4.     I was first employed by the defendant on (date): 10/24/2016

5.  As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
    10/18/2016

6.  As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): 10/25/2016, 10/26/2016, 10/28/2016, 11/2/2016

7.  I believe that the defendant(s)

    a. _____    Are still committing these acts against me.
    b. X       Are not still committing these acts against me.
    (Complete this next item only if you checked "b" above)   The last discriminatory act against me occurred on (date) _____
    _____

8.  (Complete this section only if you filed a complaint with the New York State Division of Human Rights)

    The date when I filed a complaint with the New York State Division of Human Rights is
    11/3/2016
    _ (estimate the date, if necessary)

    I filed that complaint in (identify the city and state): Rochester, New York

    The Complaint Number was: 10184696

9.  The New York State Human Rights Commission did __X__ /did not _____
    issue a decision. (NOTE: If it did issue a decision, you must attach one copy of the decision to each copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: 11/3/2016

11. The Equal Employment Opportunity Commission did __X__ /did not _____ issue a decision. (NOTE: If it did issue a decision, you must attach one copy of the decision to each copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: 6/21/2017 _____. (NOTE: If it

3

did issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

    a. _____ Failure to provide me with reasonable accommodations to the application process

    b. __X__ Failure to employ me

    c. _____ Termination of my employment

    d. _____ Failure to promote me

    e. _____ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

    f. _____ Harassment on the basis of my sex

    g. _____ Harassment on the basis of unequal terms and conditions of my employment

    h. _____ Retaliation because I complained about discrimination or harassment directed toward me

    i. _____ Retaliation because I complained about discrimination or harassment directed toward others

    j. _____ Other actions (please describe) _____

_____

_____

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

    a. _____ Race

    b. _____ Color

    c. _____ Sex

    d. _____ Religion

    e. _____ National Origin

    f. _____ Sexual Harassment

    g. __X__ Age
    __3/22/1963__ Date of birth

    h. __X__ Disability
    Are you incorrectly perceived as being disabled by your employer?
    __X__ yes __ no

15. I believe that I was __X__/was not ____ **intentionally** discriminated against by the defendant(s).

4

16.  I believe that the defendant(s) is/are _____ is not/are not __X__ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: __11/2/2016__ and why the defendant(s) stopped committing these acts against you: __I Terminated from Position__

17.  **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18.  The Equal Employment Opportunity Commission *(check one)*:
     _____ **has not** issued a Right to sue letter
     __X__ **has** issued a Right to sue letter, which I received on __6/21/2017__

19.  State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

## FOR LITIGANTS ALLEGING AGE DISCRIMINATION

20.  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
     __X__ 60 days or more have elapsed    _____ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21.  I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

5

22.    The date on which I first asked my employer for reasonable accommodation of my disability is _____ _____

23.    The reasonable accommodations for my disability (if any) that my employer provided to me are: _____

_____

_____

----

24.    The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 7/1/2017

Plaintiff's Signature

6

#19
Complaint 1

Compared to other Renewal By Andersen Sales Consultants, I was held to a much Higher Standard.

_____

During the training period, I was told on numerous occasions by Kevin Prohaska - Trainer,  that I needed to learn the script  and recite it verbatim.

This included the company story and the ben franklin close.

While I was training, I sat in on 3 different sales presentations by more tenured Salespeople.

During each of these presentations with the Homeowner, There was never a mention of the company story let alone the company story being recited verbatim as I had been told during training by Kevin Prohaska.


Complaint 2

Perceived Disability


_____

During the training in Rochester NY, the week of Oct. 24 2016, Kevin Prohaska told me that I had a Learning Disability.
He stated this after I had recited a portion of the Sales Script.

I asked him why he would make that statement.
He basically stated that I was a slow learner And that I HAD A LEarning Disability and I would Have to Get Through It.

I told him that I was never told I had a  Learning Disability before and that I was unclear why he made that statement since I had Achieved a 3.33 Grade Point Average at Rochester Institute of Technology.

If I  have a Disability, I Should have been given Reasonable Accommodations at Renewal by Andersen. I was not.


Complaint 3

Age Discrimination

_____

On October 17, during the interview process for the position of Sales Consultant at Renewal by Andersen of Western New York, I was told that the position was in Buffalo and that I needed to move to Buffalo .

During that week, I spoke with Kevin Prohaska on the phone while I was in my car waiting to see someone. I asked him if I could live in Batavia, New York. Kevin stated that basically he was very concerned that  I would not be able to work many hours and travel back and forth to Buffalo daily.

I told him basically that I had traveled long distances in other jobs including driving 2 hours in the snow which I had done with both Sears and Sodexo and that was no problem for me.

He Stated That YOU are A Lot older  Now Than YOu were Back THen.

During the training on Oct 24 2016 in Rochester, Kevin told me that I had to recite the company story Verbatim and the test at the end of training would be a Verbatim Test.

On one occasion, Kevin made the statement that basically I needed to learn the script quickly and it needed to be verbatim. I would need to pass the test in order to get Certified to sell windows, or else I would not continue employment with RBA.
He told me basically I don't think YOu want to be Looking for a Job You know how Hard it is for Older People to find a JOb.

During the final test for certification which was a verbal test in which I had to recite the Company Story I had not passed the test. At that point Mike Grosvenor asked me How old are you 40's or Something.

In Summary

_____

I had expected to have a Long  Successful Career at rba.
I had left a comfortable job at TCS where I was performing excellent as my 100% QA score would indicate.
In addition my Managers and Supervisors were happy with my work.

C# 10189476

# New York State Division of Human Rights
## Complaint Form

RECEIVED

**CONTACT INFORMATION**

NOV 03 .016

**My contact information:**

NYS DHR
Rochester Regional Office
JD

Name: Lawrence Simonelli

Address: 1159 N. Greece Rd                    Apt or Floor #: _____

City: Rochester                    State: NY     Zip: 14626

**REGULATED AREAS**

I believe I was discriminated against in the area of:

☒ Employment                 ☐ Education                 ☐ Volunteer firefighting

☐ Apprentice Training        ☐ Boycotting/Blacklisting   ☐ Credit

☐ Public Accommodations      ☐ Housing                   ☐ Labor Union, Employment
(Restaurants, *stores, hotels, movie*                                  Agencies
*theaters amusement parks, etc.)*   ☐ Commercial Space
                                                         ☐ Internship

**I am filing a complaint against:**

Company or Other Name: Renewal By Anderson

Address: 80 Newbury Street

City: Rochester                    State: NY     Zip: 14613

Telephone Number: 585  563  3533
                  (area code)

Individual people who discriminated against me:

Name: Kevin Pruhaska          Name: Mike Grosvenor     Jon Lepore

Title: Recruiter/Training     Title: Manager           Manager

**DATE OF DISCRIMINATION**

The most recent act of discrimination happened on: ~ Oct        2016
                                                     month  day  year
                                                     NOV    2

3

## BASIS OF DISCRIMINATION

*Please tell us why you were discriminated against by checking one or more of the boxes below.*

 You do not need to provide information for every type of discrimination on this list. Before you check a box, make sure you are checking it only if you believe it was a reason for the discrimination. Please look at the list on Page 1 for an explanation of each type of discrimination.

**Please note:** Some types of discrimination on this list do not apply to all of the regulated areas listed on Page 3. (For example, Conviction Record applies only to Employment and Credit complaints, and Domestic Violence Victim Status is a basis only in Employment complaints). These exceptions are listed next to the types of discrimination below.

### I believe I was discriminated against because of my:

| | |
|---|---|
| ☒ **Age** *(Does not apply to Public Accommodations)*<br>Date of Birth:  3/22/63 | ☐ **Genetic Predisposition** *(Employment only)*<br>Please specify: |
| ☐ **Arrest Record** *(Only for Employment, Licensing, and Credit)*<br>Please specify: | ☒ **Marital Status**<br>Please specify:<br>I am divorced +separate( I was told not to tell anyone about this |
| ☐ **Conviction Record** *(Employment and Credit only)*<br>Please specify: | ☐ **Military Status:**<br>Please specify: |
| ☐ **Creed / Religion**<br>Please specify: | ☐ **National Origin**<br>Please specify: |
| ☒ **Disability**<br>Please specify:<br>I was told I had a learning Disability. | ☐ **Race/Color or Ethnicity**<br>Please specify: |
| ☐ **Pregnancy-Related Condition:**<br>Please specify: | ☐ **Sex**<br>Please specify: ☐ Female  ☐ Male<br>☐ **Pregnancy**<br>☐ **Sexual Harassment** |
| ☐ **Domestic Violence Victim Status:**<br>*(Employment only)*<br>Please specify: | ☐ **Sexual Orientation**<br>Please specify: |
| ☐ **Familial Status** *(Does not apply to Public Accommodations or Education)*<br>Please specify: | ☐ **Retaliation** *(if you filed a discrimination case before, or helped someone else with a discrimination case, or reported discrimination due to race, sex, or any other category listed above)*<br>Please specify: |

 Before you turn to the next page, please check this list to make sure that you provided information **only** for the type of discrimination that relates to your complaint.

# EMPLOYMENT OR INTERNSHIP DISCRIMINATION

*Please answer the questions on this page only if you were discriminated against in the area of employment or internship. If not, turn to the next page.*

**How many employees does this company have?**

☐ 1-3    ☐ 4-14    ☐ 15 or more    ☐ 20 or more    ☒ Don't know

**Are you currently working for the company?**

☐ Yes

Date of hire: (_____ _____ _____)    What is your job title? _____
                Month    day    year

☒ No

Last day of work: ( November    2    2016 )    What was your job title? Sales Consultant
                   Month    day    year

☐ I was not hired by the company

Date of application: (_____ _____ _____)
                      Month    day    year

## ACTS OF DISCRIMINATION

**What did the person/company you are complaining against do? Please check all that apply.**

☐ Refused to hire me

☒ Fired me / laid me off

☐ Did not call me back after a lay-off

☐ Demoted me

☐ Suspended me

☐ Sexually harassed me

☒ Harassed or intimidated me (other than sexual harassment)

☒ Denied me training

☐ Denied me a promotion or pay raise

☐ Denied me leave time or other benefits

☐ Paid me a lower salary than other workers in my same title

☐ Gave me different or worse job duties than other workers in my same title

☐ Denied me an accommodation for my disability

☐ Denied me an accommodation for my religious practices

☐ Gave me a disciplinary notice or negative performance evaluation

☒ Other: Denied me the opportunity to be a Sales Consultant. Based on a test I was not informed about prior to hiring

**DESCRIPTION OF DISCRIMINATION** - for all complaints (Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)

Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. **PLEASE TYPE OR PRINT CLEARLY.** Renewal by Andersen Rochester

n 10/20/16 During the interview process Kevin Pruhoska and I were speaking on the phone. I was in my car and we were talking about if I could drive to Buffalo for the job. He stated you are alot older than you were back than (~~when~~ I told him it didn't matter if the drive was 2 hours in the snow.

n 10/16 during training, Kevin stated that I had a learning disability and I would have to get through it. I told him funny how I made it through school and through RIT with a 3.3 GPA no-one ever said that to me.

During Certification Training with Mike Grosvenor Mike stated how old are you 40's or Something.

If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. **PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.**

On 10/16 during training kevin Prohaska stated I don't think you want to be looking for a job you know how hard it is for older people to find a job.

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

Sign your full legal name

Aurora MZ Jurasinski
Commissioner of Deeds
City of Rochester
Monroe County, New York State
Commission Expires: December 29, 20 _16

Subscribed and sworn before me
This 3rd day of November 20 16

Signature of Notary Public

County: MONROE    Commission expires:
CITY OF ROCHESTER                    12/29/16

*Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.*

9

## ADDITIONAL INFORMATION

The next three pages are for the Division's records and will not be sent out with the rest of your complaint.

## Contact information

My primary telephone number:

5B5    820   7348
(area code)
___home phone
___work phone
X__cell phone
___other _____

My secondary telephone number:

_____ _____ _____
(area code)
___home phone
___work phone
___cell phone
___other: _____

My email address: LSIMONELLI322@GmaiL.coM

Last four digits of my Social Security number: 8078

Contact person (someone who does not live with you but will know how to contact you if the Division cannot reach you):

Name: GinA  Edwards

Telephone number: 585  709  1916
(area code)

Relationship to me: Sister

## Special Needs

I am in need of: a) A translator (if so, which language?): _____

b) Accommodations for a disability: _____

c) Other: Healthcare _____

## Settlement / Conciliation:

To settle this complaint, I would accept: (Please explain what you want to happen as a result of this complaint. Do you want a letter of apology, your job back, lost wages, an end to the harassment, etc?)

I expected to make this a Carreer at Renewal by Andersen
I left a comfortabh job atTCS in which
I was performing excellent and my managers
and Supervisors at ther client site were
happy with my work.                    *10 years at
I would like lost wages for 6 days a week at
4. Average Salara as a Sales Consultant at Renewal

Now I am unemployed, and can not collect unemployment.

**Witnesses:**

The following people saw or heard the discrimination and can act as witnesses:

Name: _____     Job title: _____

Telephone number: _____  _____  _____

Relationship to me: _____

What did this person witness?: _____
_____

Name: _____     Job title: _____

Telephone number: _____  _____  _____

Relationship to me: _____

What did this person witness? _____
_____

*If you have more witnesses, please write their names and information on a separate sheet of paper and attach it to this form. Please do not write on the back of this form.*

**Additional Details:**

**Did you report or complain about the discrimination to someone else?**
*(If you told someone, filed a report or sent a letter about the discrimination, please indicate whether you went to a supervisor, a manager, the owner of the company, your human resources office, your union, your housing provider, the police, etc.).*

Date you reported or complained about discrimination: _____  _____  _____
                                                                                              month        day        year

**How exactly did you complain about the discrimination?**
*(Who did you talk to about it? Who did you filed a report or make a formal written complaint or union grievance with? What did you say?)*

_____

**What happened after you complained?**
*(Was your complaint investigated? Was any action taken in response to your complaint? Did the discrimination stop? Did you experience retaliation for complaining?)*

12

**If you did not report the discrimination, please explain why:**

I felt like I would be terminated if I complained since I was yelled at by Mr Prohaska for making one change @ to the script.

**Did the person you are complaining against touch you, hurt you, or physically harm you?**

☒ Yes    ☐ No

*If yes, please explain:* He threated me that I better not let him down or he would not give me another chance to continue training.

**Examples of other people who were discriminated against in the same way as you were:**
   *(For example, people who were harassed by the same manager, disciplined or terminated for the same reasons, did not receive an accommodation for the same reasons, etc.).*
   *If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, ages, religions, etc.*

**Examples of other people who were treated better than you were:**
   *(For example, people who were not fired for doing the same thing you were fired for, people who were doing the same job but making more money, people who were allowed to stay in the store while you were told to leave, etc.).*
   *If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, ages, religions, etc.*



13



**Division of
Human Rights**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

| |
|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>LAWRENCE SIMONELLI,<br>           Complainant,<br><br>     v.<br><br>RENEWAL BY ANDERSEN OF WESTERN NEW YORK,<br>           Respondent. |

DETERMINATION AND
ORDER AFTER
INVESTIGATION

Case No.
10184696

Federal Charge No. 16GB700444

On 11/3/2016, Lawrence Simonelli filed a verified complaint with the New York State Division of Human Rights ("Division") charging the above-named respondent with an unlawful discriminatory practice relating to employment because of age, marital status, disability in violation of N.Y. Exec. Law, art. 15 (Human Rights Law).

After investigation, and following opportunity for review of related information and evidence by the named parties, the Division has determined that there is NO PROBABLE CAUSE to believe that the respondent has engaged in or is engaging in the unlawful discriminatory practice complained of. This determination is based on the following:

Investigation did not reveal sufficient evidence to support the allegations of unlawful discrimination that are contained in the complaint. Investigation showed that Complainant entered an internship program to become a sales associate with Respondent and that in order to continue in the position, Complainant and other interns needed to demonstrate that they possessed the skills and knowledge of the provided materials. Respondent maintains that during the training period, Complainant informed Respondent that he did not study the materials and expressed his dislike of studying. Complainant says that he did study during the training period. Investigation showed that when Respondent determined that Complainant did not exhibit the skills required to continue in the position by the end of the training week, Complainant was given an additional opportunity to learn the material so that he could be certified to sell the product. The fact that Respondent offered Complainant an additional opportunity to succeed suggests that Respondent had no discriminatory animus towards Complainant. Investigation

showed that despite being given the additional opportunity, Respondent felt that Complainant still had not learned the material; as a result, the decision was made to terminate his employment. Investigation showed that Respondent's Recruiter advised Complainant to keep personal information regarding Complainant's living situation after his divorce to himself; however, there is no evidence that this was due to any discriminatory animus. Although the parties dispute whether age or disability related comments were made to Complainant, investigation did not reveal sufficient evidence to suggest a conclusion that Complainant was subjected to comments due to his age, actual/perceived disability and/or marital status that were so severe or pervasive so as to alter the terms and conditions of his employment. Respondent has articulated a legitimate, non-discriminatory business reason for terminating Complainant's employment, which was not shown to be a pretext. Therefore, there is no probable cause to support the allegations of the complaint.

The complaint is therefore ordered dismissed and the file is closed.

PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition within sixty (60) days after service of this Determination. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Your charge was also filed under the Americans with Disabilities Act (ADA). Your charge was also filed under the Age Discrimination in Employment Act (ADEA). Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated:                              MAY 0 2 2017

Rochester, New York

STATE DIVISION OF HUMAN RIGHTS

By:  _Julia B Day_

Julia B. Day
Regional Director

- 2 -

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Lawrence Simonelli<br>1139 North Greece Road<br>Rochester, NY 14626 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2017-00444 | Holly M. Woodyard,<br>State & Local Program Manager | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

Kevin J. Berry,
District Director

June 19, 2017

*(Date Mailed)*

cc:

Attn: Director of Human
RENEWAL BY ANDERSEN OF
WESTERN NEW YORK
80 Newbury Street
Rochester, NY 14613

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

**17 CV 6429 (CJS)**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Simonelli, Lawrence

**DEFENDANTS**
Prohaska, Kevin
Grosvenor, Mike

JUL - 5 2017

**(b)** County of Residence of First Listed Plaintiff  Monroe
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
L 90 - 202
Brief description of cause:
Age Discrimination in employ.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

ADR + MJ consent issue